From:                                    2-29-16

Joshua Allen Pitts
PCSO Adult Dtn. Facility
P.O Box 2510
Florence, Ariz [85132]

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 03 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _LRCiv 15.4_
(Rule Number/Section)

Joshua Allen Pitts          Case #
   Petitioner            CV-16-00358-PHX-DLR(JZB)

   vs.

Pinal County Sheriffs Office    Notice of
   Respondent.              Response
                       (Hon. Douglas L. Rayes)

   I, Joshua Allen Pitts, having sent a Habeas Corpus petition, would like to clarify a few points. I believe the court has mis-construed this writ as the wrong one. I am seeking this Honorable court to order a lower court (Pinal Superior) to provide proof of jurisdiction. I have asked multiple judges multiple times, "What documents are in evidence that prove this courts jurisdiction over my person?" and "What documents are in evidence that provide this court subject matter jurisdiction?" None will answer.

   I have not been knowingly convicted yet. Everytime I ask those questions I am removed from the courtroom.

As I understand it, as I tell them, is the issue of jurisdiction can be brought up at any time and once challenged it must be proven or dismissed.

Apparently, today I am going to trial for charges I a) never been read b) never been asked if I understand them and c) never knowingly entered into an agreement to follow. I have created no injured party and there is no claim that I have been shown, despite requesting many times.

I have written letters to the Governor, Atty. Gen., U.S. Atty Gen., U.S. Pres, Sheriff, Secretary State, and even Sen's. McCain and Paul, all asking for help. None have answered. This court is my last hope. I do not know who else to turn to as my natural rights are being severally and arbitrarily deprived. "No one shall be deprived of life, liberty, or private property."

Thank you for your time and effort.

Signed Without Prejudice,
By: Josh Pitts, Agent
UCC 1-308